U.S.C.A. No. 23-653

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ISRAEL ALBERTO RIVAS GOMEZ

Defendant-Appellant

On Appeal From the United States District Court
For the Eastern District of California
Honorable Jennifer L. Thurston
United States District Judge

U.S.D.C. No. 1:18-cr-00002 JLT-SKO-1

_____

**FURTHER EXCERPTS OF RECORD
VOL. 1 OF 1**

_____

HEATHER E. WILLIAMS
Federal Defender
PEGGY SASSO
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant - Appellant
ISRAEL ALBERTO RIVAS GOMEZ

# INDEX

## Appeal No. 23-653
## District Court Case No. 1:18-cr-00002 JLT-SKO-1

| | Document | Docket No. | Page |
|---|---|---|---|
| 1. | Excerpt from Motion to Reconsider Denial of Rivas Gomez's Motion to Suppress (10/11/2021) | 228 | 3 |

| Q = Mora Q1 = Maldonado | Det. Mora Rights Card Dkt.101, Ex. 2 | Spanish Dkt. 93, Exhibit G-A, p.16-17 | Government Final translation[21] Reconsideration Exhibit Q, p.18, l.773 – p.19, l.840 | Salvadoran translation Dkt. 93, Exhibit G-C, p.16-17 |
|---|---|---|---|---|
| DMor | | Ok. Pues aquí tienes derechos cuando te están arrestado [SIC] como ahorita te están arrestando, estás, uh, detenido aquí en la oficina. | Okay. Well, here ar- you have rights when they - they've arrested you. Like right now, you're being arrested- you're detained here at the office ... | Ok. Well, here you have rights when you are being arrested [*or when they are arrested you*] like right now that you are arrested [*or they are arresting you*]. You are, uh, detained here in the office. |
| IRG | | Mm-hm. | Mm-hm. | Mm-hm. |
| DMor | | Tienes, uh, varias horas ya aquí, | You've already been here for s- several hours. | You have, uh, been here for several hours, ok? |
| IRG | | Mm-hm. | Mm-hm. | Uh-huh. |
| DMor | | ¿Ok?, y estás detenido, ¿ok?, y quiero hablar con usted sobre un caso que estamos investigando ahora. | Okay? And you're detained, okay? And I want to talk to you about a case that we're investigating right now. | And you are detained, ok? And I want to speak with you regarding a case that we are investigating now. |
| IRG | | Mm-hm. | Mm-Hm. | Mm-hm. |
| DMor | | Y te voy leer [SIC] tus derechos, y-y ya te después te los leo quiero hablar con usted sobre de eso. | And - and I'm going to read you your rights, and - and then after I read them to you, I want to talk to - to you about that. | And I am going to read you your rights, and-and then after I read them to you, I want to speak with you about it. |
| IRG | | Ok, está bien. | Ok, it's fine. | Ok, it's fine. |

---

[21] Revised by August 2021 Government disclosure AR_00004063 *et seq.* of final English translation transcript.

**FER_3**

*United States v. Israel Alberto Rivas Gomez*        7        Motion to Reconsider Denial of Rivas Gómez' Motion to Suppress Statements Given 12/21/2017 and 12/26/2017 – Neuropsychological Information Now Available

| Q = Mora<br>Q1 = Maldonado | Det. Mora Rights Card<br>Dkt.101, Ex. 2 | Spanish<br>Dkt. 93, Exhibit G-A, p.16-17 | Government Final translation[21]<br>Reconsideration Exhibit Q, p.18, l.773 – p.19, l.840 | Salvadoran translation<br>Dkt. 93, Exhibit G-C, p.16-17 |
|---|---|---|---|---|
| DMor | Tiene el derecho de permanecer callado. (Entiende Usted?) | **Tienen derecho** de, uh, permanecer callado. ¿Si entiendes? Di sí-di sí o no. | Fine? You have the right to remain silent. Do you understand? [IRG: Mm-hm.] Say yes – yes or no. | You (plural) have [*or They have*] the right to, uh, to remain silent. Do you understand? Say yes-say yes or no. |
| IRG | | Sí. | Yes. | Yes. |
| DMor | Cualquier cosa que diga puede usarse en su contra en una corte. (Entiende Usted?) | Cualquier cosa que **diga** puede usarse en su contra en un-en una corte. ¿Si entiendes? ¿Sí o no? | Yes. Anything you say may be used against you in a, in - in a court. Do you understand? Yes or no? | Anything that you say can be used [*or he can use*] against you [*or him*] in a-in a court [*of law?*]. Do you understand? Yes or no? |
| IRG | | Sí. | Yes. | Yes. |
| DMor | Tiene el derecho de tener un abogado antes que y mientras que se le haga cualquier pregunta. (Entiende Usted?) | **Te-tendiendo [SIC] el derecho de tener** un abogado antes que y mientras que se le hagan cualquiera pregunta. ¿Si entiendes? | You h-ha-(have) the right to have an attorney before and while you are asked any question. Do you understand? | Having [*or hanging or laying out*] the right to retain [*or to have*] an attorney before and while you are being questioned [*or before they ask him (or you) any question*]. Do you understand? |
| IRG | | Sí. | Yes. | Yes. |

**FER_4**

| Q = Mora Q1 = Maldonado | Det. Mora Rights Card Dkt.101, Ex. 2 | Spanish Dkt. 93, Exhibit G-A, p.16-17 | Government Final translation[21] Reconsideration Exhibit Q, p.18, l.773 – p.19, l.840 | Salvadoran translation Dkt. 93, Exhibit G-C, p.16-17 |
|---|---|---|---|---|
| DMor | Si no tiene con que pagarle a un abogado, se le dará uno sin costo antes de que se le haga cualquier pregunta. (Entiende Usted?) | Si no tiene con que-con que a pagar a un abogado se le da—darán unos incuesto [SIC] antes que se le hagan cualquier pregunta. ¿Si entiendes? ¿Sí? | Yes. If you cannot afford - afford, uh, to pay an attorney one will be given - will be given to you free of charge before you are asked any questions. Do you understand? Yes? | If you cannot afford a lawyer, one will be—will be appointed [*or If he (or you) does not have with which to pay a lawyer they will give him (or you) some incuesto ("incuesto" is not a Spanish word)*] before being questioned [*or before they ask him (or you) any question*]. Do you understand? Yes? |
| IRG | | ¿Unos impuestos? | What taxes? What? | Some taxes? |
| DMal | | [U/A] | Re-read it again. | [U/A] |
| Revised Govt translations says "Q1" which is Maldonado, but the defense hears Q/Mora read this as he repeats "incuesto" which is no Spanish word.[22] | Si no tiene con que pagarle a un abogado, se le dará uno sin costo  --- | Si no tiene con qué a pagar un abogado se le darán [SIC] unos incuesto— | If you cannot, uh, afford to pay an attorney one will be given to you free of charge . . . | If you cannot afford to hire a lawyer one will be appointed some [*or If he (or you) does not have with which to pay a lawyer they will give him (or you) some incuesto ("incuesto" is not a Spanish word)*]— |

---

[22] Though the Government got who said what correctly in its *Opposition to Motion to Suppress* (Dkt.101, p.5).

FER_5

*United States v. Israel Alberto Rivas Gomez*     9     Motion to Reconsider Denial of Rivas Gómez' Motion to Suppress Statements Given 12/21/2017 and 12/26/2017 – Neuropsychological Information Now Available

| Q = Mora<br>Q1 = Maldonado | Det. Mora Rights Card<br>Dkt.101, Ex. 2 | Spanish<br>Dkt. 93, Exhibit G-A, p.16-17 | Government Final Translation[21]<br>Reconsideration Exhibit Q, p.18, l.773 – p.19, l.840 | Salvadoran Translation<br>Dkt. 93, Exhibit G-C, p.16-17 |
|---|---|---|---|---|
| Revised Govt translations says "Q" which is Mora, but the defense hears Q1/Maldonado say this to again correct D.Mora.[23] | | Sin costo. | Free of charge. | Without cost. |
| IRG | | Oh, ya, ¿cómo un abogado gratis? | Oh, yeah. Like a free attorney. | Oh, I see, like a free lawyer? |
| DMal | | Sí. | Yes.<br>[IRG: Oh.] | Yes. |
| DMor | --- antes de que se le haga cualquier pregunta. (Entiende Usted?) | Antes que el— se le hagan cualquiera pregunta. ¿Si entiende? | …before you are asked any questions. [IRG: Mm-hm.] Do you understand? | Before he — before being questioned [*or before they ask him (or you) any question*]. Do you understand? |
| IRG | | Sí. | Yes. | Yes. |
| DMor | Quiere hablar acerca de lo que occurio? | ¿Sí? Tenemos el derecho del mente [SIC] de un lado [*or que hablar*], tengo unas preguntas sobre un caso que 'tamos[SIC] investigando. | Yes? Having your rights in mind I want to talk --?  I have some questions about a case that I'm investigating. | Yes? Let's leave the mind[SIC] rights aside [*or We have the right of the mind to talk*]. I have some questions regarding a case that we are investigating. |
| IRG | | Ok. | Yes. | Ok. |

---

[23] *Id.*

*United States v. Israel Alberto Rivas Gomez*    10    Motion to Reconsider Denial of Rivas Gómez' Motion to Suppress Statements Given 12/21/2017 and 12/26/2017 – Neuropsychological Information Now Available

FER_6